```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  WENDELL MOORE,                                              :
                                                              :
                                    Plaintiff,                :
                                                              :           17-CV-94 (VEC)
                         -against-                            :
                                                              :
  POLICE OFFICER DAVID CIANGUILLI,                            :           ORDER
  Shield No.: 4729; POLICE OFFICER WILLIAM                    :
  BARRIOS, Shield No.: 23841; POLICE                          :
  OFFICER JOHN DOE #1; POLICE OFFICER                         :
  JOHN DOE #2; POLICE OFFICER JOHN DOE                        :
  #3; POLICE OFFICER JOHN DOE #4; and                         :
  POLICE OFFICER JOHN DOE #5                                  :
                                                              :
                                    Defendants.               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/17

VALERIE CAPRONI, United States District Judge:

On October 25, 2017, the Defendants reported that the parties reached a settlement [Dkt. 17].

Accordingly, it is hereby ORDERED that this action will be dismissed without costs (including attorneys' fees) to either party on **November 27, 2017,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. To be clear, any request that the action not be dismissed **must** be filed **on or before November 27, 2017**; any request filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **November 17, 2017**, they must submit the settlement agreement to the Court in accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court

issue an order expressly retaining jurisdiction to enforce their settlement agreement. *See*

*Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

All deadlines and court conferences previously scheduled in this matter are cancelled.

**SO ORDERED.**

Date:  October 26, 2017
       New York, NY

                                         **VALERIE CAPRONI**
                                         **United States District Judge**